IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02643-MSK-KLM

CRESTON PERCIVAL,

    Plaintiff,

v.

ADVANTAGE NETWORK SYSTEMS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court **Plaintiff's Unopposed Motion to Appear by Telephone at Scheduling/Planning Conference** [Docket No. 11; Filed March 31, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff's counsel may appear by telephone at the Scheduling Conference set in this matter for April 8, 2010, at 11:00 a.m. At the time set for the conference, Plaintiff's counsel is directed to call chambers at 303-335-2770 in order to participate.

Dated: April 5, 2010